**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

NICHOLAS ANDREW BESUGLOW,                                              PLAINTIFF
# 267632

v.                                      4:23CV00341-JM-JTK

DEVORE, et al.                                                          DEFENDANTS

## ORDER

Having reviewed Nicholas Andrew Besuglow's ("Plaintiff") Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes service of Plaintiff's excessive force claim against Defendant Devore is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for Defendant Devore.   The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on Defendant Devore without prepayment of fees and costs or security therefore.   Service should be attempted through the Pulaski County Sheriff's Office, 3201 West Roosevelt Road, Little Rock, Arkansas 72204.

IT IS SO ORDERED this 14th day of April, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee.   28 U.S.C. § 1915A(a).