IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS ANDREW BESUGLOW,**                                **PLAINTIFF**
**# 267632**

v.                  **CASE NO: 4:23-cv-00341-JM-JTK**

**DEVORE, et al.**                                                   **DEFENDANTS**

## **ORDER**

On April 19, 2023, Plaintiff was ordered to update his address within 30 days. (ECF No. 8). He has not done so. Therefore, Plaintiff's complaint is DISMISSED without prejudice.

Dated this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE