IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS ANDREW BESUGLOW,**                                                                   **PLAINTIFF**
**# 267632**

v.                                    **CASE NO: 4:23-cv-00341-JM-JTK**

**DEVORE, et al.**                                                                                **DEFENDANTS**

## JUDGMENT

For the reasons stated in the order entered this same day, Plaintiff's complaint is DISMISSED without prejudice.

Dated this 23rd day of May, 2023.

_____
UNITED STATES DISTRICT JUDGE